JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tammy Gray<br><br>    Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America<br><br>    Defendants. | Case No. ED CV 16-01520-AB (KKx)<br><br>ORDER DISMISSING CIVIL ACTION |

  THE COURT having been advised by counsel that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 29, 2016    _____

                ANDRÉ BIROTTE JR.
                UNITED STATES DISTRICT JUDGE

1.